United States Courts
Southern District of Texas
FILED
*July 06, 2022*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO.** **4:22CR321** |
| | § | |
| **v.** | § | |
| | § | |
| **KENNETH ANIM** | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

# INTRODUCTION

At all times material to this Indictment:

1. The defendant, **KENNETH ANIM** ("**ANIM**"), resided in Houston, Texas, and in Ghana.

2. The defendant, **ANIM**, individually and through businesses in his name and in the name of a co-conspirator, operated as an unlicensed money transmitting business as outlined in 18 United States Code Section 1960(b)(1). An unlicensed money transmitting business affects interstate and foreign commerce in any manner and degree and fails to comply with money transmitting business registration requirements under Title 31, United States Code, Section 5330, and the regulations prescribed under such section, including 31 C.F.R. Sections 1022.100-1022.670.

3. The defendant, **ANIM,** individually and through shell businesses that

existed only on paper, operated as a money transmitter as outlined in 18 United States Code Section 1960(b)(2).  Money transmitting includes transferring funds on behalf of the public by any and all means, including, but not limited to, transfer within the United States and to locations abroad by wire, check, draft, facsimile, and courier.

4. A money mule is a person who transfers illegally acquired money on behalf and at the direction of others.  Money mules often receive a payment for providing their services.

5. **ANIM** individually and through businesses he formed himself and with a co-conspirator whose initials are "AD," operated as a money mule related to various mail and wire fraud schemes occurring within the United States.  These mail and wire fraud schemes included, among others, internet frauds and romance scams.

6. **ANIM** opened and maintained bank accounts within the United States, collected the proceeds from mail and wire fraud schemes committed within the United States, and then transmitted the money to himself, to co-conspirators, and overseas.

7. During the scheme, **ANIM** and co-conspirator AD opened numerous bank accounts.  Banks closed numerous accounts after reviewing the activity, and at least one bank directly informed **ANIM** the account was being closed because of

fraud, in violation of the bank's Deposit Account Agreement.  Despite the repeated closure of bank accounts, **ANIM** would open new bank accounts that enabled him to receive proceeds from the fraud schemes being perpetrated against victims throughout the United States.  **ANIM** directly received proceeds from fraud schemes by having the fraud proceeds deposited into bank accounts he controlled.

## COUNT ONE
(Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))

8.  From at least in or about 2014 up to and including in or about 2019, in the Southern District of Texas and elsewhere, **ANIM,** the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

9.  It was a part and an object of the conspiracy that **ANIM**, the defendant, and others known and unknown, knowing that the property involved in certain financial transaction represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit, proceeds of mail and wire fraud offenses, in violation of title 18, United States Code, Sections 1341 and 1343, knowing that the transactions were designed in whole and in part:

(1) to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and;

(2) to engage in monetary transactions in criminally derived property of value greater than $10,000 and derived from the specified unlawful activity, in violation of 18 United States Code, Section 1957(a).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT TWO
(Unlicensed Money Transmitting Business, 18 U.S.C. § 1960)

10.     Paragraphs 1 – 7 of the Introduction of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

11.     From at least in or around 2014, and continuing through in or around 2019, in the Southern District of Texas and elsewhere, the defendant,

**KENNETH ANIM,**

together with others known and unknown to the Grand Jury, knowingly conducted, controlled, managed, supervised, directed, and owned all and part of an unlicensed money transmitting business, having failed to comply with the money transmitting business registration requirements under 31 United States Code Section 5330, and regulations prescribed under such section.

All in violation of 18 United States Code Section 1960.

## COUNTS THREE – FIVE
(Money Laundering Spending Statute, 18 U.S.C. § 1957)

12. Paragraphs 1 – 7 of the Introduction of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

13. From at least in or around 2014, and continuing through in or around 2019, in the Southern District of Texas and elsewhere, the defendant,

**KENNETH ANIM,**

together with others known and unknown to the Grand Jury, knowingly engaged, and attempted to engage, in a monetary transaction in the United States, in criminally derived property of a value greater than $10,000, as described in the table below, which was derived from specified unlawful activity, that is mail and wire fraud.

| COUNT | AMOUNT | DATE | ACCOUNT |
|---|---|---|---|
| 3 | $60,490 | 11-30-2017 | Amegy X2730 |
| 4 | $86,170 | 1-11-2018 | Amegy X2730 |
| 5 | $61,491 | 1-22-2018 | Amegy X2730 |

All in violation of Title 18, United States Code, Section 1957

# NOTICE OF CRIMINAL FORFEITURE
18 U.S.C. § 982

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the defendant,

**KENNETH ANIM,**

that in the event of conviction of the offenses charged in Counts 1 through 5 of this Indictment, the United States intends to seek forfeiture of all property, real or personal, involved in such offense, or any property traceable to such property.

## Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against each defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States may seek to forfeit any other property of the defendants in substitution.

A TRUE BILL:

*Original Signature on File*
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

By: *Belinda Beek*
　　Belinda Beek
　　Grace Murphy
　　Assistant United States Attorneys