IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| **V.** | § | **Cause No. 4:22-CR-00321** |
| **KENNETH ANIM,** | § § § | |

## ORDER

**LET IT BE REMEMBERED**, on this date, came to be considered Defendant's Opposed Motion to Set Bond, and it is the ORDER of the Court that this Motion be:

\_\_\_\_\_ GRANTED, and a hearing is set for the _____ day of _____, 2022, at _____ am. / pm.

\_\_\_\_\_ DENIED

SIGNED this the _____ day of _____, 2022.

_____
HONORABLE JUDGE