# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. H-22-321** |
| v. | § | |
| | § | |
| **KENNETH ANIM** | § | |

## ORDER DENYING DEFENDANT'S MOTION TO SET BOND

The Court having considered defendant's Motion to Set Bond, defendant's Exhibits filed as docket entry number 24, the Response in Opposition by the United States, and the record that includes the transcript of the evidence presented at the detention hearing on July 17, 2022, hereby **FINDS** that defendant's Motion should be **DENIED**. The Court hereby adopts the findings made in the detention order by United States Magistrate Judge Peter Bray on July 14, 2022, that is filed as docket entry number 10, and **ORDERS** that defendant remain in custody pending trial.

_____                              _____
Date                                                                                   Ewing Werlein, Jr.
                                                                                            United States District Court Judge